UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
MIGUEL NEIRA and EFRAIN CALLE, individually and on
Behalf of other persons similarly situated,

                                 **15-CV-04616**

                     Plaintiffs,

    -against-

                                   **RULE 7.1 CORPORATE**
BROADWAY STAGES, LTD., 32-14 REALTY CO., INC.,          **DISCLOSURE**
DIAMOND STREET PROPERTIES INC., ANOROC              **STATEMENT**
REALTY,  LUNA LIGHTING INC., JEWEL STREET
REALTY, KINGSLAND 359 LLC, FREEMAN STREET
PROPERTIES LLC, KING'S LAND REALTY, ANTHONY
ARGENTO and GINA ARGENTO,

                     Defendants.
-------------------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for the defendants BROADWAY STAGES, LTD., 32-14 REALTY CO., INC.,

DIAMOND STREET PROPERTIES INC., ANOROC REALTY, LUNA LIGHTING INC.,

JEWEL STREET REALTY, KINGSLAND 359 LLC, FREEMAN STREET PROPERTIES

LLC, KING'S LAND REALTY, ANTHONY ARGENTO and GINA ARGENTO, hereby

certifies that said corporations are not owned by any parent corporation, nor does any publicly

held corporation own ten percent (10%) or more of its stock.


Dated:  Long Island City, New York
        October 7, 2015

                          STEPHEN D. HANS & ASSOCIATES, P.C.
                        By:_____/s/_____
                          Stephen D. Hans (SH-0798)
                          45-18 Court Square, Suite 403
                          Long Island City, New York 11101
                          Tel: 718.275.6700 x 204
                          Fax: 718.275.6704
                          Email: shans@hansassociates.com
                          *Attorneys for the Defendants*

1