# CONOVER

**LAW OFFICES**
345 Seventh Ave., 21st Floor
New York, NY 10001

Telephone (212) 588-9080
Telecopier (212) 588-9082

Bradford D. Conover*                                                                                    *Admitted in New York and Connecticut
                                                                                                         Direct email: brad@conoverlaw.com

May 10, 2016

**Via ECF**

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re: *Miguel Neira et al v. Broadway Stages, Ltd., et al.,* Case No. 15-CV-04616

Dear Magistrate Judge Scanlon:

     As counsel for plaintiff, we write to request the status of the parties' joint motion to approve the Settlement Agreement in the above captioned case, which was the subject of a fairness hearing on April 5, 2016 and was submitted, as revised, for final approval on April 18, 2016. The parties jointly request that the Court approve the settlement. Thank you for consideration.

                                            Respectfully Submitted,
                                                         /s/
                                                       Bradford D. Conover

cc: Stephen Hans (via email)

90874 v1